## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:19-cv-00822-JLS-DFM | Date | October 10, 2019 |
|---|---|---|---|
| Title | Merlin Inman et al v. M Leonard and Associates et al | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION**

The Court, having previously issued an Order directing counsel to file a proof of service by September 30, 2019 (Doc. 12), and the Court having received no proof of service, the matter is hereby DISMISSED.

**IT IS SO ORDERED.**

:

Initials of Preparer    tg